1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant AGUIRRE-GARCIA
6

FILED

MAR 3 0 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0171 JCS |
| Plaintiff, | [~~PROPOSED~~] RELEASE ORDER |
| v. | |
| VICTOR ENRIQUE AGUIRRE-GARCIA, | |
| Defendant. | |

The defendant in this matter having been convicted and sentenced by this Court to a one-year term of unsupervised probation, it is hereby ordered that he be released from the custody of the United States Marshals Service forthwith.

IT IS SO ORDERED.

Dated: March 30, 2007

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

CR-07-0171 JCS; RELEASE ORDER                    1